UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFERSON RANDOLFO FLORES ZABALETA,      17-cv-7512 (JGK)

        PLAINTIFF,      ORDER

- AGAINST -

ELAINE DUKE, ET AL.,

        DEFENDANTS.

---

JOHN G. KOELTL, District Judge:

The plaintiff may file a supplemental complaint on behalf of plaintiff Zabaleta by **April 6, 2018**. The Government has until **June 8, 2018** to move or answer; the plaintiff has until **June 29, 2018** to respond to any motion; and the Government has until **July 9, 2018** to reply. No pre-motion conferences are necessary.

SO ORDERED.

Dated:    New York, New York
           March 13, 2018

                                            John G. Koeltl
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/13/18