

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/6/18

April 6, 2018

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

4/6/18

Filed via ECF

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Zabaleta v. Duke*, 17 Civ. 7512

Dear Honorable Judge Koeltl:

We write with the consent of counsel for the United States, Kirti Reddy, to respectfully request a week's extension of time to file a supplemental complaint in the above-captioned case. The original deadline per the Court's order is this Friday, April 6, 2018. The proposed new deadline is Friday, April 13, 2018. This is the plaintiff's first request for an extension.

Under the proposed new schedule, all of the other deadlines would be extended by an additional week. By our calculation, this would mean that the U.S.'s response would be due on June 15 (instead of June 8); that Plaintiff's response would be due on July 6 (instead of June 29); and that the U.S.'s reply would be due on July 16 (instead of July 9).

Very truly yours,

Scott Foletta, Esq.
Make the Road NY

cc: Kirti Reddy, Assistant U.S. Attorney, S.D.N.Y.

BROOKLYN — 301 GROVE STREET, BROOKLYN NY 11237 — tel 718 418 7690 — fax 718 418 9635
QUEENS — 92-10 ROOSEVELT AVENUE, JACKSON HEIGHTS NY 11372 — tel 718 565 8500 — fax 718 565 0646
STATEN ISLAND — 161 PORT RICHMOND AVENUE, STATEN ISLAND NY 10302 — tel 718 727 1222 — fax 718 981 8077
LONG ISLAND — 1090 SUFFOLK AVENUE, BRENTWOOD NY 11717 — tel 631 231 2220 — fax 631 231 2229
WESTCHESTER — 46 WALLER AVENUE, WHITE PLAINS NY 10605 — tel 914 948 8466 — fax 914 948 0311

WWW.MAKETHEROADNY.ORG