UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _12/23/19_

JEFFERSON RANDOLFO FLORES ZABALETA.,

                Plaintiff,

    - against -

CHAD WOLF, in his capacity as
Secretary of the Department of
Homeland Security, ET AL.,

                Defendants.

17-cv-7512 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Parties are directed to provide the Court with a status update and whether the Government requests a sixth extension of time to file its reply to the plaintiff's motion for attorney's fees.

SO ORDERED.

Dated:    New York, New York
          December 21, 2019

                         John G. Koeltl
                United States District Judge