USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED. 1-23-2020

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**JEFFERSON RANDOLFO FLORES ZABALETA.,**

        Plaintiff,

– against –

**CHAD WOLF, in his capacity as Secretary of the Department of Homeland Security, ET AL.,**

        Defendants.

17-cv-7512 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court granted the defendants' request to file a status report by January 20, 2020, with respect to the plaintiff's application for attorney's fees. Dkt. No. 124. No such report has been submitted.

The defendants' time to respond to the motion for attorney's fees is extended to **January 31, 2020**. The plaintiff's time to reply is extended to **February 14, 2020**. No further extensions will be granted.

SO ORDERED.

Dated:    New York, New York
            January 23, 2020

                                        John G. Koeltl
                                  United States District Judge